■    In the Matter of LEONARD H. SALTZ (Admitted as LEONARD HERBERT SALTZ), an Attorney.— Motion for reinstatement granted. Concur — Capozzoli, McGivern, Markewich, McNally and Steuer, JJ.